[No. 19759-0-III. Division Three. April 24, 2001.]

INLAND FOUNDRY COMPANY, INC., *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-04933-5, Michael E. Donohue, J., entered December 20, 1999. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J. Now published at 106 Wn. App. 333.

[No. 43767-4-I. Division One. April 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN K. DARDEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-05204-9, Anthony P. Wartnik, J., entered November 12, 1998. *Reversed in part* by unpublished per curiam opinion.

The prior unpublished opinion in this cause, which was filed on December 27, 1999 and noted at 98 Wn. App. 1048, was *withdrawn* by order of the Court of Appeals dated April 30, 2001.

[No. 44581-2-I. Division One. April 30, 2001.]

RICK MILLER, *Respondent*, v. THE BOARD OF DENTURE TECHNOLOGY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-27258-9, Jeanette R. Burrage, J., entered May 4, 1999. *Reversed* by unpublished opinion per Grosse, J., concurred in by Kennedy and Appelwick, JJ.